# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00536-CR

**Stevie Dwayne Williams, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-18-1091-D, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due March 19, 2022. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due July 5, 2022. In granting the most recent motion, in which Appellant requested an extension to July 5, 2022, this Court advised counsel that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue. On July 1, 2022, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a brief by July 5, 2022, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make

appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than September 19, 2022. *See id.* R. 38.8(b)(3).

It is so ordered August 18, 2022.


Before Chief Justice Byrne, Justices Triana and Smith

Abated and Remanded

Filed: August 18, 2022

Do Not Publish